**SEALED**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY GRAND JURY 2021
AUGUST 10, 2021 SESSION

FILED
AUG 11 2021
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:21-00140
      18 U.S.C. § 1512(a)(1)(C)
      18 U.S.C. § 1512(a)(3)(B)(i)

BRENDON TYRE GARNER,
   also known as "Breeze"

I N D I C T M E N T
(Witness Tampering by Attempted Killing)

The Grand Jury Charges:

On or about June 29, 2021, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant BRENDON TYRE GARNER, also known as "Breeze", did attempt to kill another person with the intent to prevent the communication by that person to a law enforcement officer of the United States of information related to the commission and possible commission of a federal offense.

In violation of Title 18, United States Code, Sections 1512(a)(1)(C) and 1512(a)(3)(B)(i).

                                 LISA G. JOHNSTON
                                 Acting United States Attorney

By: _____
     RYAN A. KEEFE
     Assistant United States Attorney