IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON



UNITED STATES OF AMERICA

v.                     CRIMINAL NO. 3:21-cr-00140

BRENDON TYRE GARNER,
    also known as "Breeze"

## MOTION TO UNSEAL

Comes now the United States of America, by Ryan A. Keefe, Assistant United States Attorney for the Southern District of West Virginia, and moves this Court to unseal the Indictment in this matter.

                         Respectfully submitted,

                         LISA G. JOHNSTON
                         Acting United States Attorney

By:

/s/Ryan A. Keefe
RYAN A. KEEFE
Assistant United States Attorney
WV State Bar No. 13820
300 Virginia Street, East
Suite 4000
Charleston, West Virginia 25301
Telephone: 304-340-2347
Fax: 304-347-5104
Email: ryan.keefe@usdoj.gov